IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02739-REB-KLM

ANTHONY PARSONS,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Vacate Requirement for Confidential Settlement Statements and Settlement Conference** [Docket No. 14; Filed April 205, 2009] ("Joint Motion").  The parties have informed the Court that they have reached a settlement which fully resolves the claims at issue in this case.  Accordingly

    IT IS HEREBY **ORDERED** that the Joint Motion is **GRANTED**.  The Settlement Conference set for April 28, 2009 at 1:30 p.m. is **vacated**.

    IT IS FURTHER **ORDERED** that the parties shall file a Stipulation to Dismiss with prejudice pursuant to Fed. R. Civ. P. 41(a) on or before **April 29, 2009**.

Dated:  April 20, 2009