**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  08-cv-02739-REB-KLM

ANTHONY PARSONS,

      Plaintiff,

v.

CITY OF COLORADO SPRINGS,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss With Prejudice** [#18] filed April 29, 2009.  After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulated Motion To Dismiss With Prejudice** [#18] filed April 29, 2009, is **GRANTED**;

2.  That the Trial Preparation Conference set for February 12, 2010, is **VACATED**;

3.  That the jury trial set to commence March 1, 2010, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 4, 2009, at Denver, Colorado.

                                            BY THE COURT:

                                            */s/ Robert E. Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge